1  SEYFARTH SHAW LLP
   Mark P. Grajski (SBN 178050)
2    Email:  mgrajski@seyfarth.com
   Timothy B. Nelson (SBN 235279)
3    Email: tnelson@seyfarth.com
   400 Capitol Mall, Suite 2350
4  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
5  Facsimile: (916) 558-4839

6  Attorneys for Defendant
   TRUE VALUE COMPANY
7

8

9                  UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11 NEWTON J. HOLT,                 ) Case No. 2:08-cv-01652-FCD-DAD
                                   )
12         Plaintiff,               ) **STIPULATION AND ORDER**
                                   ) **EXTENDING DEFENDANT'S TIME**
13    v.                            ) **TO FILE RESPONSE TO PLAINTIFF'S**
                                   ) **COMPLAINT**
14 TRUE VALUE COMPANY,             )
                                   ) **[LR 6-144, 83-143]**
15         Defendant.               )
                                   ) Complaint Filed: July 17, 2008
16

17       Plaintiff Newton J. Holt and Defendant True Value Company, through their attorneys of
18 record, hereby stipulate that Defendant may have two additional weeks within which to respond
19 to Plaintiff's Complaint.  Defendant has not previously been granted any extension of time to
20 respond to the Complaint.  Pursuant to Local Rule 6-144, subsection (a), the parties are therefore
21 free to make this extension via stipulation alone, without need for court order.  As Defendant's
22 response to the Complaint was originally due on August 11, 2008, it is hereby stipulated that
23 such response is now due on or before August 25, 2008.
24       **IT IS SO STIPULATED.**
25 ///
26 ///
27 ///
28

1

STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

SC1 17095857.1

1  DATED: August 11, 2008                    SEYFARTH SHAW LLP

                                             By /s/   Mark Grajski
                                                     Mark Grajski
                                                     Timothy Nelson
                                             Attorneys for Defendant
                                             TRUE VALUE COMPANY


   DATED: August 11, 2008                    ELIZABETH S. MANCL, ATTORNEY AT LAW


                                             By: /s/ Elizabeth Mancl
                                                     Elizabeth Mancl
                                             Attorneys for Plaintiff
                                             NEWTON J. HOLT
                                             *As authorized on 8/11/08*


**IT IS SO ORDERED:**

DATED:  August 12, 2008
                                             _____
                                             FRANK C. DAMRELL, JR.
                                             UNITED STATES DISTRICT JUDGE

---

2

STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

SC1 17095857.1